JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE SELF, | Case No.: 5:25-cv-00197-KK-SHK |
| Plaintiff, | **ORDER RE: JOINT STIPULATION TO DISMISS THE DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| v. | |
| LVNV FUNDING LLC; AND GURSTEL LAW FIRM P.C., | HON. KENLY KIYA KATO |
| Defendants. | |

## ORDER

Having considered the parties' Joint Stipulation to Dismiss The Defendants Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing, the Court GRANTS the joint stipulation and ORDERS as follows:

1. All claims by Plaintiff DANIELLE SELF ("Plaintiff") against Defendants LVNV FUNDING LLC; AND GURSTEL LAW FIRM P.C. ("Defendants") are hereby dismissed with prejudice;

2. Each party shall bear its own attorneys' fees and costs;

**IT IS SO ORDERED.**

Dated: __January 14, 2026__   _____

Honorable Kenly Kiya Kato

*United States District Court Judge*

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Armas & Joseph, APC, 1712 W. Beverly Blvd., Ste 201, Montebello, CA 90640. On, January 14, 2026, I served the within document(s):

**[Proposed] ORDER RE: JOINT STIPULATION TO DISMISS THE DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 14, 2026, at Montebello, California.

                                              ___/s/ ANDREI ARMAS_
                                              ANDREI ARMAS, ESQ.